IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DICKS,<br>        Petitioner,<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>COMMONWEALTH OF<br>PENNSYLVANIA,<br>        Respondents. | CIVIL ACTION<br><br><br>NO. 18-5211 |

# O R D E R

**AND NOW**, this 14th day of August, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, William Dicks (Document No. 1, filed December 3, 2018), the record in this case, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated June 11, 2019, there being no objections notwithstanding the passage of time to object, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated June 11, 2019, is **APPROVED** and **ADOPTED**;

2. Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, William Dicks, is **DISMISSED WITH PREJUDICE**;

3. Plaintiff's Petition for Permanent Injunctive Relief Against the PA. Board of Probation and Parole Pursuant to Rule 54(a) of the Fed. Rules of Civil Procedure (Document No. 11, filed May 13, 2019), is **DENIED AS MOOT**, as it requests the same relief that was requested by *pro se* petitioner in his Injunction (Document No. 10, filed April 1, 2019), which was denied by Order dated June 11, 2019;

4. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**